IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK MCKINNEY,
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant.

Case No. 17–CV–01325–JPG

**ORDER**

This is a personal-injury suit arising under the Federal Tort Claims Act. Before the Court is Plaintiff Mark McKinney and the Government's Joint Motion for Alternative Dispute Resolution. (ECF No. 27). The parties agree to mediate this case on January 29, 2020, before the Hon. Michael J. Reagan of JAMS, a mediation, arbitration, and alternative dispute resolution service based in Clayton, Missouri. They further agree to evenly split the mediator's fee of $500 per hour. They seek an order referring the matter to said mediation.

"The Court may, in its discretion, set any civil case for summary jury trial or other alternative method of dispute resolution which the Court may deem proper." SDIL-LR 16.3(a).

Mediation is appropriate here. It is the policy of this Court to promote the use of alternative dispute resolution, a neutral and cost-effective process. The parties agree that mediation could be productive, and both seem willing to bear the expense.

Accordingly, the Court **GRANTS** the parties' Joint Motion for Alternative Dispute Resolution and **REFERS** this matter to mediation before the Hon. Michael J. Reagan of JAMS on January 29, 2020. The parties shall participate in the mediation in good faith, split the mediator's fee, and report the results to the Court by February 5.

**IT IS SO ORDERED.**

**Dated: Monday, January 27, 2020**

S/J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**