IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK MCKINNEY,

Plaintiff,

v.

USA,

Defendant.

Case No. 17-cv-1325 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 20, 2020**  **MARGARET M. ROBERTIE, Clerk of Court**

*s/Tina Gray*
  **Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
  **J. PHIL GILBERT**
  **DISTRICT JUDGE**